IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| v. | * |
| | Case Number: 7:19-CR-55-002 |
| TORREY SMALL, | * |
| Defendant. | * |

## O R D E R

Pursuant to an Appearance Bond dated December 12, 2019, Defendant was released on bond following the payment into the registry of the Court of the sum of $1,000.00. The conditions of the Appearance Bond have now been met and the Clerk is directed to disburse from the registry of the Court the sum of $1,000.00, plus all accrued interest less any amounts necessary for administrative fees of the Court to:

Naudia Garrison

This __1st__ day of February, 2022.

                                                        s/Hugh Lawson
                                            HUGH LAWSON
                                            UNITED STATES DISTRICT JUDGE